```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                         CASE NO. 08 B 16346
        RONALD H WILDER
        JANICE M WILDER                            CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

            Debtor
      SSN XXX-XX-1465     SSN XXX-XX-1581

    ------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.  The case was filed on 06/25/08 .

        2.  The case was dismissed without confirmation, 09/05/2008.

    ------------------------------------------------------------------------
    CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
    ------------------------------------------------------------------------
    OCWEN LOAN SVCG          CURRENT MORTG         .00            .00              .00
    OCWEN LOAN SVCG          MORTGAGE ARRE  NOT FILED            .00              .00
    WILL COUNTY TREASURER    SECURED               .00            .00              .00
    ASSET ACCEPTANCE CORP    UNSECURED      NOT FILED            .00              .00
    CDA PONTIAC              UNSECURED      NOT FILED            .00              .00
    CNAC OF JOLIET           UNSECURED      NOT FILED            .00              .00
    VALETINE & KEBARTAS      UNSECURED      NOT FILED            .00              .00
    COMCAST                  UNSECURED      NOT FILED            .00              .00
    CREDITORS COLLECTION BUR UNSECURED      NOT FILED            .00              .00
    FALLS COLLECTION SVC     UNSECURED      NOT FILED            .00              .00
    FIRST PREMIER BANK       UNSECURED      NOT FILED            .00              .00
    KCA FINANCIAL            UNSECURED      NOT FILED            .00              .00
    KCA FINANCIAL            UNSECURED      NOT FILED            .00              .00
    MED BUSINESS BUREAU      UNSECURED      NOT FILED            .00              .00
    MERCHANTS CREDIT GUIDE   UNSECURED      NOT FILED            .00              .00
    NICOR GAS                UNSECURED      NOT FILED            .00              .00
    WEST ASSET MANAGEMENT    UNSECURED      NOT FILED            .00              .00
    CHAD M HAYWARD           REIMBURSEMENT     409.00            .00              .00
             Summary of disbursements:
    ------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
    ------------------------------------------------------------------------
    TOTAL CLMS ALLOWED     .00      409.00          .00         .00         409.00
    PRINCIPAL PAID         .00         .00          .00         .00            .00
    INTEREST PAID          .00         .00          .00         .00            .00
    TOTAL PAID             .00         .00          .00         .00            .00
    The Debtor's attorney, CHAD M HAYWARD                , was allowed $   3500.00
    and was paid $        .00 .

    The Trustee received $         .00 .

    Refunds to the Debtor totaled $         .00 .

        Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/18/08                                /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16346 RONALD H WILDER & JANICE M WILDER